TO: Angela S. Caesar
    Clerk of Court
    United States District Court
    333 Constitution Avenue, N.W.
    Washington, D.C. 20001

Leave to file GRANTED

*Beryl A. Howell*   Date 6/9/2016

Beryl A. Howell
Chief Judge
United States District Court

June 02, 2016

**FILED**

**JUN 1 0 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Re: Request for Court's assistance
    Case No: 11-cr-39-01 RWR- BAH

Dear Ms. Caesar,

Please assist me in determining my eligibility for Johnson/Welch relief for my case number mentioned above as my attorney of record, Mr. Howard Katzoff, 717 D Street, N.W., Washington, D.C. 20001, has been unresponsive as to my inquiries regarding said issue and the "Johnson" window closes on June 26, 2016, just a little over three weeks from now. My conviction was for interfering with interstate commerce by robbery which was a § 924(c) offense.

Mr. Katzoff has done a fine job in representing me and I know he is a busy man, but the shortness of time remaining requires that I take all steps possible to ensure that I receive relief before it is too late.

Thank you in advance for your assistance with this request. Please reply.

Respectfully submitted,

X: *Ricardo Hunter*

Ricardo Hunter, Fed. Reg. No. 37039-118
Federal Correctional Institution Hazelton
Post Office Box 5000
Bruceton Mills, West Virginia 26525-5001

**RECEIVED**

**JUN 1 0 2016**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Received in the CR
Section 06-09-16.
M.L.Pugh



RECEIVED
Mail Room

JUN - 6 2016

...la D. Caesar, Clerk of Court
...District of Columbia

Ricardo Hunter
Fed. Reg. No. 37039-118
Federal Correctional Institution Hazelton
Post Office Box 5000
Bruceton Mills, West Virginia 26525-5001

PITTSBURGH PA 150

03 JUN 2016 PM 1

**ATTN: CLERK'S OFFICE**

⇔37039-118⇔
Us Dist Court
333 Constitution AVE NW
c/o Hon. Richard Roberts
Washington, DC 20001
United States

**LEGAL MAIL**

06/02/2016

2000i284310